# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:

                                        CHAPTER 13

Markia Stevenson,                         CASE NO. 19-56842-MLO

                     DEBTOR.    JUDGE MARIA L. OXHOLM

_____/

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and moves this Honorable Court to dismiss Debtor's Chapter 13 case, and in support thereof states as follows:

1. Debtor commenced this case by filing a voluntary petition under Chapter 13 of the United States Bankruptcy Code on November 27, 2019.

2. The First Meeting of Creditors pursuant to Section 341 of the United States Bankruptcy Code was scheduled for January 13, 2020, at 12:00 p.m. At that meeting, Debtor disclosed that Debtor does not have property insurance on a 2008 Dodge Charger and 2012 Nissan Sentra.

3. Debtor's lack of insurance on a 2008 Dodge Charger and 2012 Nissan Sentra creates a substantial risk of loss or damage to property of the estate and substantial risk of liability of the estate should injury or damage result from or arise out of Debtor's uninsured property. Debtor's lack of insurance on a 2008 Dodge Charger and 2012 Nissan Sentra constitutes cause for dismissal pursuant to 11 USC Section 1307(c).

**WHEREFORE**, your Trustee requests this Court enter its Order dismissing this case and granting such other relief as is just.

                                         OFFICE OF DAVID WM. RUSKIN,
                                         STANDING CHAPTER 13 TRUSTEE

Dated: January 30, 2020       By: /s/ Thomas D. DeCarlo
                                         DAVID Wm. RUSKIN (P26803)
                                         LISA K. MULLEN (P55478)
                                         THOMAS D. DECARLO (P65330)
                                         Attorneys for Chapter 13 Trustee
                                         1100 Travelers Tower, 26555 Evergreen Road
                                         Southfield, MI 48076-4251

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Markia Stevenson,

DEBTOR.

_____/

CHAPTER 13
CASE NO. 19-56842-MLO
JUDGE MARIA L. OXHOLM

## ORDER DISMISSING CHAPTER 13 CASE

This matter came on for hearing upon a Motion filed by the Chapter 13 Standing Trustee pursuant to Local Bankruptcy Rule 9014-1, a Notice of Trustee's Motion to Dismiss Chapter 13 Case having been provided, and the Court being otherwise sufficiently advised in the premises

**IT IS HEREBY ORDERED** that the above captioned proceeding is hereby dismissed.

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all creditors listed in this case, Debtor, Debtor's attorney, if any, and the Trustee.

**IT IS FURTHER ORDERED** that David Wm. Ruskin, Trustee, is discharged as Trustee and the Trustee and his surety are released from any and all liability on account of the within proceedings.

EXHIBIT 1

Revised 12/1/2016

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN RE:**<br>MARKIA STEVENSON,<br>　　　　　　　　　　DEBTOR.<br><br>AKA or DBA (if any):<br>Markia Barnett-Stevenson<br>Markia Barnett<br><br>Address(es):<br>15705 Goddard<br>Southgate, MI 48195-0000<br><br>, -<br><br>Social Security Number(s):<br><br>Employer's Tax Identification (EIN) No(s). (if any):<br>_____/ | CHAPTER 13<br>CASE NO. 19-56842-MLO<br>JUDGE MARIA L. OXHOLM |

**NOTICE OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

The Chapter 13 Trustee has filed papers with the Court to dismiss Debtor's Chapter 13 Case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to dismiss Debtor's case, or if you want the Court to consider your views on the Trustee's Motion, within 14 days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:*
   　　　　　　　　　　United States Bankruptcy Court
   　　　　　　　　　　211 W. Fort Street, Suite 2100
   　　　　　　　　　　Detroit, MI 48226

   If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically. You must also mail a copy to:

   　　　　　　　　　　OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
   　　　　　　　　　　*ATTN: MOTION DEPARTMENT*
   　　　　　　　　　　1100 Travelers Tower
   　　　　　　　　　　26555 Evergreen Road
   　　　　　　　　　　Southfield, MI 48076-4251

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

　　　　　　　　　　　　　　　　　　　　OFFICE OF DAVID WM. RUSKIN,
　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE

Dated:　January 30, 2020　　　　　By: /s/ Thomas D. DeCarlo
　　　　　　　　　　　　　　　　　　　　DAVID Wm. RUSKIN (P26803)
　　　　　　　　　　　　　　　　　　　　LISA K. MULLEN (P55478)
　　　　　　　　　　　　　　　　　　　　THOMAS D. DECARLO (P65330)
　　　　　　　　　　　　　　　　　　　　Attorneys for Chapter 13 Trustee,
　　　　　　　　　　　　　　　　　　　　　　David Wm. Ruskin
　　　　　　　　　　　　　　　　　　　　1100 Travelers Tower
　　　　　　　　　　　　　　　　　　　　26555 Evergreen Road
　　　　　　　　　　　　　　　　　　　　Southfield, MI 48076-4251
　　　　　　　　　　　　　　　　　　　　Telephone (248) 352-7755

　　　　　　　　　　　　　　　　　　EXHIBIT 2

*Response or answer must comply with F.R.CIV.P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN RE:**

Markia Stevenson,
                     DEBTOR.
_____/

CHAPTER 13
CASE NO. 19-56842-MLO
JUDGE MARIA L. OXHOLM

## CERTIFICATE OF SERVICE OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

I hereby certify that on January 30, 2020, I electronically filed the Trustee's Motion to Dismiss Chapter 13 Case, Notice and Opportunity for Hearing and Proposed Order with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    JAAFAR LAW GROUP PLLC
    1 Parklane Blvd Ste 729 East
    DEARBORN, MI 48126-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Markia Stevenson
    15705 Goddard
    Southgate, MI 48195-0000

                     /s/ Vanessa Wild
                Vanessa Wild
                For the Office of David Wm. Ruskin
                Chapter 13 Standing Trustee-Detroit
                1100 Travelers Tower
                26555 Evergreen Road
                Southfield, MI 48076-4251
                (248) 352-7755

EXHIBIT 4