UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Markia Stevenson

Debtor.

Case No: 19-56842-mlo
Hon. Maria L. Oxholm
Chapter 13

_____/

**LESSOR, MAPLE VILLAGE OF SOUTHGATE MHC'S OBJECTIONS TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

NOW COMES Lessor, Maple Village of Southgate MHC ("Lessor"), by and through its attorneys, PALETZ LAW, and objects to the confirmation of Debtor's proposed Chapter 13 Plan of November 27, 2019 (ECF No. 8) as follows:

1. Lessor owns the property located at 15705 Goddard Road, Apt. 107, Southgate, MI 48195 ("Residential Rental Property").

2. On or about November 27, 2019, Markia Stevenson ("Debtor"), filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code and a proposed Chapter 13 Plan ("Plan") (ECF No. 8).

3. On February 28, 2019, Lessor and Debtor entered into a lease agreement for the Residential Rental Property for a lease term of twelve months from March 1, 2019 to February 29, 2020. See attached copy of the lease agreement as Exhibit A.

4. Pursuant to the terms of her tenancy, Debtor is required to make regular monthly payments of $1,235.00 for rent of the Residential Rental Property, plus additional charges due under the lease agreement for trash and fluctuating water utility fees.

5. As of January 28, 2020, Debtor has a past due balance of $3,895.74. See attached copy of the ledger marked as Exhibit B.

6. Lessor does not have adequate assurance/protection for the rental of its Residential Rental Property as last payment received from Debtor occurred in October 2019.

7. Pursuant to the Plan, Debtor classified Lessor's claim as Class 6.1 and proposed to assume her lease agreement with the payments to be made directly by the Debtor to the Lessor.

8. Due to the Debtor's default, Debtor's lease agreement cannot be assumed under 11 U.S.C. §365(b).

9. Based on the Plan's failure to comply with 11 U.S.C. §365(b), the Plan is not confirmable.

WHEREFORE, Lessor respectfully requests that this Court deny confirmation and dismiss this case or, in the alternative, direct the Debtor to amend the Plan to conform to Lessor's objections.

Respectfully submitted,

  /s/ Matthew I. Paletz
PALETZ LAW
By:    Matthew I. Paletz (P65009)
        Ian T. Morton (P67892)
        Robin R. Mocabee (P64575)
Attorneys for Lessor, Maple Village of Southgate MHC
2800 Livernois Road, Suite 360
Troy, MI 48083
Phone: (248) 593-9090
mpaletz@paletzlaw.com
imorton@paletzlaw.com

Date: February 3, 2020    tharder@paletzlaw.com (alternate)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Markia Stevenson                                          Case No: 19-56842-mlo
                                                          Hon. Maria L. Oxholm
　　　　Debtor.                                            Chapter 13
_____/

**CERTIFICATE OF SERVICE**

*Matthew I. Paletz* hereby certifies that on February 3, 2020, he electronically filed the following documents:

(1) Lessor, Maple Village of Southgate MHC's Objections to Debtors' Chapter 13 Plan; and
(2) this Certificate of Service,

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David R. Ienna, Esq. | David WM Ruskin, Esq. |
| Jaafar Law Group PLLC | Chapter 13 Trustee |
| 1 Parklane Boulevard, Suite 729 East | 26555 Evergreen Road, Suite 1100 |
| Dearborn, MI 48126 | Southfield, MI 48076-4251 |
| david@fairmaxlaw.com | ecf-emails@det13.com |

*Matthew I. Paletz* further certifies that he mailed by United States Postal Service the above described documents to the following non-ECF participant: Markia Stevenson 15705 Goddard Road, Apt. 107, Southgate, MI 48195.

　　　　　　　　　　　　　　　　　　　/s/ Matthew I. Paletz
　　　　　　　　　　　　　　　　　　PALETZ LAW
　　　　　　　　　　　　　　　　　　BY:　Matthew I. Paletz (P65009)
　　　　　　　　　　　　　　　　　　Attorneys for Lessor, Maple Village of Southgate MHC
　　　　　　　　　　　　　　　　　　2800 Livernois Road, Suite 360
　　　　　　　　　　　　　　　　　　Troy, MI 48083
　　　　　　　　　　　　　　　　　　(248) 593-9090
　　　　　　　　　　　　　　　　　　mpaletz@paletzlaw.com
　　　　　　　　　　　　　　　　　　imorton@paletzlaw.com
　　　　　　　　　　　　　　　　　　tharder@paletzlaw.com (alternate)