**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN RE:**

Markia Stevenson,
                    DEBTOR.
_____/

CHAPTER 13
CASE NO. 19-56842-MLO
JUDGE MARIA L. OXHOLM

**STIPULATION FOR ENTRY OF ORDER DISMISSING CHAPTER 13 CASE**

      The Chapter 13 Standing Trustee, David Wm. Ruskin and Debtor Attorney, JAAFAR LAW GROUP PLLC hereby stipulate and agree to the entry of an Order Dismissing Chapter 13 Case in the form attached hereto as Exhibit 1.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Approved:

| | |
|---|---|
| _____/s/ Thomas D. DeCarlo_____ | ___presentment waived_____ |
| DAVID WM. RUSKIN (P26803) | |
| Attorney and Chapter 13 Trustee | JAAFAR LAW GROUP PLLC |
| LISA K. MULLEN (P55478) | Attorney for Debtor |
| THOMAS D. DECARLO (P65330) | 1 Parklane Blvd Ste 729 East, |
| 1100 Travelers Tower | DEARBORN, MI 48126-0000 |
| 26555 Evergreen Road | |
| Southfield, MI 48076-4251 | |
| Telephone (248) 352-7755 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN RE:**

Markia Stevenson,
                       DEBTOR.
_____/

CHAPTER 13
CASE NO. 19-56842-MLO
JUDGE MARIA L. OXHOLM

## ORDER DISMISSING CHAPTER 13 CASE

      This matter having come on for hearing before the Court with due notice having been provided, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

☐ A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 U.S.C. 1307(c).

☐ A request for the voluntary dismissal of the case, made by on the record or by written request filed with the Court.

☐ An oral motion to dismiss by the Chapter 13 Trustee and not opposed by the debtors who were present by counsel.

☒ Upon denial of confirmation of the Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

☐ For failure to _____ pursuant to a Hearing on the Court's Order to Show Cause regarding the same.

☐ For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about _____.

      **IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C. Sections 362 and 1301 are hereby terminated;

      **IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the debtor's attorney, if any;

      **IT IS FURTHER ORDERED** that David Wm. Ruskin is discharged as Trustee and the Trustee and his surety are released from any and all liability on account of the within proceedings;

Exhibit 1